IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 09-00143-06-CR-W-ODS |
| VIOREL SIMON, ) | |
| Defendant. ) | |

REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

Defendant Viorel Simon appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(j)(26) and 28 U.S.C. § 636 and entered a plea of guilty to Counts Two and Sixty-Three of the Superseding Indictment. I determined that the guilty plea is knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript is available. I therefore recommend that the plea of guilty be accepted and that the defendant be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation with fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Sarah W. Hays　　　　　　
　　　　　　　　　　　　　　　　　　　　　　SARAH W. HAYS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE